IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ROSIE SMITH, Individually and on Behalf
of the Heirs at Law and Wrongful Death
Beneficiaries of CHARLIE SMITH, Deceased                                PLAINTIFF

vs.                                                                      No. 4:04CV341-D-B

KIA MOTORS CORPORATION; et al.                                          DEFENDANTS

### ORDER GRANTING MOTION TO REMAND

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Plaintiff's motion to remand (docket entry 11) is GRANTED; and

(2) this cause is hereby REMANDED to the Circuit Court of Sunflower County, Mississippi.

SO ORDERED, this the 15th day of September 2005.


/s/ Glen H. Davidson
Chief Judge